IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DEBORAH LOCASCIO and DAVID SUMMERS, Individually and as a representatives of a class of similarly situated persons, on behalf of the FLUOR CORPORATION EMPLOYEES' SAVINGS INVESTMENT PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>FLUOR CORPORATION, THE FLUOR CORPORATION BENEFITS ADMINISTRATIVE COMMITTEE, THE FLUOR CORPORATION RETIREMENT PLAN INVESTMENT COMMITTEE, and MERCER INVESTMENTS, LLC a/k/a MERCER INVESTMENT MANAGEMENT,<br><br>Defendants. | CASE NO. 3:22-cv-00154-X<br><br><br>February 15, 2023 |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Deborah Locascio and David Summers, and Defendants, Fluor Corporation, The Fluor Corporation Benefits Administrative Committee, The Fluor Corporation Retirement Plan Investment Committee, and Mercer Investments LLC f/k/a Mercer Investment Management, hereby stipulate to dismiss this action in its entirety and with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

DATED: February 15, 2023                             Respectfully submitted,

| | |
|---|---|
| */s/ Laurie Rubinow*<br>James E. Miller<br>Laurie Rubinow<br>MILLER SHAH LLP<br>65 Main Street<br>Chester, CT 06412<br>Telephone: (866) 540-5505<br>Facsimile: (866) 300-7367<br>Email: jemiller@millershah.com<br>         lrubinow@millershah.com | */s/ David I. Monteiro*<br>David I. Monteiro (Tex. Bar No. 24079020)<br>Sean K. McMahan<br>MORGAN, LEWIS & BOCKIUS LLP1717<br>Main Street, Suite 3200<br>Dallas, TX 75201<br>Telephone: (214) 466-4000<br>Facsimile: (214) 466-4001<br>Email: sean.mcmahan@morganlewis.com |

James C. Shah
Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
       ajberin@millershah.com

Kolin C. Tang
MILLER SHAH LLP
19712 MacArthur Boulevard, Suite 222
Irvine, CA 92612
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: kctang@millershah.com

Anthony L. Vitullo
FEE, SMITH, SHARP & VITULLO LLP
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
Telephone: (972) 934-9100
Facsimile: (972) 934-9200
Email: lvitullo@feesmith.com

*Attorneys for Plaintiffs, the Plan and the Proposed Class*

Christopher J. Boran
Eric M. Makinen
MORGAN, LEWIS & BOCKIUS LLP
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606
Telephone: (312) 324-1000
Facsimile: (312) 324-1001
Email: christopher.boran@morganlewis.com
       eric.makinen@morganlewis.com

Matthew J. Sharbaugh
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
Email: matthew.sharbaugh@morganlewis.com

*Counsel for Defendants Fluor Corporation, the Fluor Corporation Benefits Administrative Committee, and the Fluor Corporation Retirement Plan Investment Committee*

*/s/ James O. Fleckner*
James O. Fleckner
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Email: jfleckner@goodwinlaw.com

Christina L. Hennecken
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, D.C. 20036
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
Email: chennecken@goodwinlaw.com

Jay Marshall Wallace
BELL NUNNALLY & MARTIN LLP
2323 Ross Ave. Suite 1900
Dallas, TX 75204
Telephone: (214) 740-1400
Facsimile: (214) 740-1499
Email: jwallace@bellnunnally.com

*Counsel for Mercer Investments LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2023, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Laurie Rubinow*
Laurie Rubinow